# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Kashawn Harrington ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 4:10-cv-375-RBH |
| Florence County Detention Center ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The Report and Recommendation of the Magistrate Judge is adopted and incorporated by reference. Therefore, it is ORDERED that the complaint in this case is dismissed without prejudice and without issuance and service of process.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge R. Bryan Harwell on a motion for ~~~~~~~~~~~

Date: 03/23/2010

*CLERK OF COURT*

s/Debbie Stokes
*Signature of Clerk or Deputy Clerk*